IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HEIDI MCHUGH,

        Plaintiff,

        v.

CAROLYN W. COLVIN,
Acting Commissioner of the Social Security
Administration,

        Defendant.
_____

Civ. No. 3:13-cv-1460-MC

ORDER TO PAY EAJA FEES

MCSHANE, Judge:

    Based on the stipulation of the parties, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $6,283.87 is awarded to Plaintiff in care of her attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney, after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). In addition, Plaintiff is awarded $8.90 in postage expenses pursuant to 28 U.S.C. § 2412 and $0.00 in photocopying costs pursuant to

28 U.S.C. § 1920, also payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Any check for EAJA fees and for costs shall be mailed to Plaintiff's counsel, Nancy J. Meserow, at her office:

Law Office of Nancy J. Meserow:
7540 S.W. 51st Ave.
Portland, OR
97219

IT IS SO ORDERED.

DATED this 24th day of July, 2014.

          /s/ Michael McShane
       Michael McShane
       United States District Judge