Nancy J. Meserow, OSB# 820895
njm@meserowlaw.com
Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, Oregon 97219
Ph. 503-560-6788   Fax 503-954-1517
Plaintiff's Attorney

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

HEIDI MCHUGH,                                        CV# 3:13-CV-01460-MC

              Plaintiff,

                                    ORDER AUTHORIZING
      v.                          ATTORNEY FEES UNDER
                                  42 U.S.C § 406(B)

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

              Defendant

      Pursuant to 42 USC §406(b), reasonable attorney fees in the amount of  $23, 045.60

are hereby awarded to Plaintiff's attorney, Nancy J. Meserow.  Previously, this Court

awarded Plaintiff  EAJA fees  in the amount of $6,283.87, which were paid to Plaintiff's

attorney, Ms. Meserow,  pursuant to the Equal Access to Justice Act (EAJA), 28 USC

2412(d).   When issuing the 406(b) check, therefore, the Agency is directed to subtract the

amount previously awarded under the EAJA and the maximum amount allowable for 406 (a)

fees, which amount is $6,000, and to send to Ms. Meserow  the balance of $10,761.73 by

check payable to Ms. Meserow.  Any withheld amount then remaining should be released to

Plaintiff by Defendant as soon as practicable.

      IT IS SO ORDERED this_____4_____day of. Dec, 2015.

                           _____

                           MICHAEL MCSHANE,
                           UNITED STATES MAGISTRATE JUDGE